

# THE THIRTEENTH COURT OF APPEALS

13-14-00536-CV

Joey Eddeek d/b/a Joe's Quick Stop #2
v.
Wright Fuel Distributors, LLC

On appeal from the
445th District Court of Cameron County, Texas
Trial Cause No. 2012-DCL-7930-I

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed.  The Court orders the appeal DISMISSED FOR WANT OF JURISIDICTION in accordance with its opinion.  Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

November 13, 2014.